**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1664**

In re:  MAXIMILIANO PENALOZA-REBOLLAR, a/k/a Tomas Pelaez
Isidoro, a/k/a Daniel Aguerre-Rodriguez, a/k/a Ramiro
Pesina,

                    Petitioner.

Petition for Writ of Mandamus.
(1:09-cr-00415-NCT-1; 1:12-cv-00948-NCT-JLW)

Submitted: February 25, 2015      Decided: March 10, 2015

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Petition denied by unpublished per curiam opinion.

Maximiliano Penaloza-Rebollar, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maximiliano Penaloza-Rebollar petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has entered an order denying relief on Penaloza-Rebollar's § 2255 motion. Accordingly, because the district court has recently acted in this case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED